IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

FILED
MAY 2 1 2014
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY

LARRY DON WESLEY MAYNARD, )
)
    Plaintiff, )
)
vs. ) No. CIV-13-972-W
)
GOVERNOR MAY FALLIN et al., )
)
    Defendant. )

## AMENDED JUDGMENT

Pursuant to the Order and Judgment issued by the United States Court of Appeals for the Tenth Circuit in this matter, see Doc. 21, the mandate having issued this date, see Doc. 22, the Court AMENDS the Orders entered on October 10, 2013, see Docs. 10, 11, and DECLARES that this action should be and is hereby DISMISSED with prejudice.

DATED and ENTERED this 21st day of May, 2014.

LEE R. WEST
UNITED STATES DISTRICT JUDGE